IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISMAEL FELIX ROSARIO, | : | No. 3:24cv2255 |
| | : | |
| Plaintiff | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT SALAMON, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 30th day of October 2025, upon consideration of defendants' motion (Doc. 18) for judgment on the pleadings, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The motion (Doc. 18) is **GRANTED**. The complaint (Doc. 1) is **DISMISSED** without prejudice and with leave to amend.

2. Within 21 days of the date of this order, plaintiff may file a proposed amended complaint.

3. The proposed amended complaint shall contain the same case number that is already assigned to this action, 3:24-cv-2255, and shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter, and must fully comply with Federal Rules of Civil Procedure 8 and 20.

4. If plaintiff does not file a proposed amended complaint within the 21-day period set forth in paragraph 2 of this order, the court will dismiss this action without prejudice and without further notice to him.

5. The Clerk of Court is directed to **STRIKE** plaintiff's unauthorized amended complaint (Doc. 16).

6. Any appeal from this order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court