## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ISMAEL FELIX ROSARIO,         :     No. 3:24cv2255

          Plaintiff    :     (Judge Munley)

     v.         :

SUPERINTENDENT SALAMON, et al., :

         Defendants   :

## ORDER

**AND NOW**, to wit, this 28th day of May 2026, upon consideration of the Rule 12(b)(6) motion (Doc. 37) to dismiss by defendants Salamon and Wooster, and for the reasons set forth in the accompanying memorandum, it is hereby

**ORDERED** that:

1.    The motion (Doc. 37) is **GRANTED**. The amended complaint (Doc. 36) is **DISMISSED**.

2.    The claims against Correctional Officer John Doe, Major Joe Roe, Correctional Officer Bailer, Correctional Officer Cessna, Deputy Superintendent for Centralized Services M. Rowe, Deputy Superintendent for Facilities Management S. Woodring, Corrections Classification and Program Manager T. Miller, Unit Manager C. Miller, and Correctional Officer Hoover are **DISMISSED** pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2)..

3.    The Clerk of Court is directed to **CLOSE** this case.

4.  Any appeal from this order is **DEEMED** frivolous and not taken in good faith.  <u>See</u> 28 U.S.C. § 1915(a)(3).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court